Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :    1:06-md-1789 (JFK)
                                                :
---------------------------------------------------x
*This Document Relates to:*                     :    **NOTICE OF APPEARANCE**
Phyllis J. Tester and                           :
Harold Tester                                   :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-4124-JFK                       :
---------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 30, 2008
    New York, New York            Respectfully submitted,


                        By:            /s/
                            Paul F. Strain


                            Venable LLP
                            750 E. Pratt Street, Suite 900
                            Baltimore, Maryland 21202
                            (410) 244-7717
                            Fax: (410) 244-7742
                            Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                      /s/
                                      Paul F. Strain

                                      Venable LLP
                                      750 E. Pratt Street, Suite 900
                                      Baltimore, Maryland 21202
                                      (410) 244-7717
                                      Fax: (410) 244-7742
                                      Email: pfstrain@venable.com